IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EDDIE MANN,

    Plaintiff,

v.                                                             No. 06-2145

JO ANNE BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND
REMANDING APPEAL FOR FURTHER PROCEEDINGS
_____

        The Plaintiff, Eddie Mann, brought this action to appeal from a final decision of the Commissioner of Social Security denying his application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401 et seq., and for Supplemental Security Income benefits under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381 et seq. By Order entered April 3, 2007, this appeal was referred to Magistrate Judge Tu M. Pham for a report and recommendation. On August 6, 2007, Judge Pham issued his report, recommending that the appeal be remanded for further consideration by the Administrative Law Judge. The parties had until August 16, 2007, to object to Judge Pham's report and recommendations. According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed, the Court

ADOPTS the magistrate judge's report and recommendation. Therefore, the Plaintiff's social security appeal is remanded for proceedings consistent with Judge Pham's report and recommendation. The Clerk is directed to enter judgment in accordance with this Order.

IT IS SO ORDERED this 30th day of November, 2007.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE